**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7692**

---

UNITED STATES OF AMERICA,

                                 Plaintiff - Appellee,

    versus

CARL M. MCMANUS,

                                 Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Lacy H. Thornburg, District Judge. (CR-95-27, CA-99-250-1-T)

---

Submitted: February 24, 2000        Decided: March 3, 2000

---

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Carl M. McManus, Appellant Pro Se. Harry Thomas Church, Assistant United States Attorney, Brian Lee Whisler, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carl M. McManus seeks to appeal the district court's order construing his petition for writ of coram nobis as a motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999) and denying it. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. McManus, No. CR-95-27; CA-99-250-1-T (W.D.N.C. Dec. 3, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED